**Order entered July 12, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00231-CV

**WESCO INSURANCE COMPANY, Appellant**

**V.**

**WESTWOOD MOTORCARS, LLC; WESTWOOD MOTORS, LLC; IGOR HAJDUCH; AND VERA HAJDUCH, Appellees**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-17267**

## ORDER

Before the Court is appellant's July 11, 2022 second unopposed motion for extension of time to file its brief. Appellant explains the extension is necessary, in part, because the parties are "working together regarding scheduling appellate mediation in late July to early August."

We **GRANT** the motion and **ORDER** appellant to file either its brief, a motion to dismiss the appeal, or a status report no later than August 10, 2022.

/s/     CRAIG SMITH
        JUSTICE